**UNITED STATES of America,
Appellee,**

v.

**Scott Donald WIELE, Appellant.**

No. 06–2821.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2007.

Filed: Oct. 31, 2007.

Clifford Ben Wardlaw, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Scott Donald Wiele, Milan, MI, pro se.

Katherine Menendez, Federal Public Defender's Office, Minneapolis, MN, for Appellant.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Scott Donald Wiele appeals the 108–month prison sentence the district court[1] imposed after he pleaded guilty to mail fraud, in violation of 18 U.S.C. § 1341 (Count 1); wire fraud, in violation of 18 U.S.C. § 1343 (Count 2); and money laundering, in violation of 18 U.S.C. § 1957(a) (Count 3). In a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), his counsel argues that Wiele's sentence is unreasonable because the court failed to consider the mitigating factors presented at sentencing, and improperly weighed the 18 U.S.C. § 3553(a) factors.

We enforce the appeal waiver included in Wiele's plea agreement: the plea colloquy reflects that Wiele understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

After reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court. We grant counsel's withdrawal motion, and we deny Wiele's pending motion to stay the appeal.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.